OPINION — AG — ** TAX COMPUTATION ** THE TAXPAYER WHOSE TAXABLE YEAR BEGAN IN 1970 AND ENDED IN 1971 CANNOT COMPUTE HIS TAXES BASED ENTIRELY UNDER THE LAW AS IT EXISTED IN 1970. (OLD LAW, RETROACTIVE, PAYMENT, BACK TAXES, DEDUCTION FOR FEDERAL INCOME TAXES) CITE: 68 O.S. 2351 [68-2351], 68 O.S. 2384 [68-2384], 68 O.S. 2381 [68-2381] [68-2381] (TODD MARKUM)